Lisa T. Omoto SBN 303830
E-mail: lomoto@faruqilaw.com
**FARUQI & FARUQI, LLP**
1901 Avenue of the Stars, Suite 1060
Los Angeles, CA 90067
Telephone: 424-256-2884
Facsimile: 424-256-2885

James M. Wilson, Jr. (pro hac vice forthcoming)
Robert W. Killorin (pro hac vice forthcoming)
Email: jwilson@faruqilaw.com
Email: rkillorin@faruqilaw.com
**FARUQI & FARUQI, LLP**
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331

*Attorneys for Proposed Lead Plaintiffs*
*Werner Hradesky & Karen Harmon*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS SPITZER, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ROBERT C. FLEXON, DARREN R. JAMISON, JOHN J. JURIC, SCOTT W. ROBINSON, and FREDERICK S. HENCKEN III, <br><br> Defendants. | No. 2:23-cv-08659-HDV-MAR <br><br> **DECLARATION OF LISA T. OMOTO IN SUPPORT OF WERNER HRADECKY AND KAREN HARMON'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF LEAD COUNSEL** <br><br> <u>**CLASS ACTION**</u> <br><br> Judge: Hon. Hernan D. Vera <br> Hearing Date: February 1, 2024 <br> Time: 10:00 a.m. <br> Courtroom: 5B |

I, Lisa T. Omoto, hereby declare as follows:

1.      I am a member of good standing in the bar of the State of California and am admitted to practice before this Court. I am an associate in the law firm of Faruqi & Faruqi, LLP ("Faruqi Firm"). I submit this declaration in support of the motion filed by Werner Hradecky ("Hradecky") and Karen Harmon ("Harmon") for appointment as Lead Plaintiffs and approval of the Faruqi Firm to serve as Lead Counsel.

2.      Attached as Exhibits A through F are true and correct copies of the following documents:

Exhibit A:      First Notice of Pendency of a Class Action

Exhibit B:      PSLRA Certification of Hradecky and Harmon

Exhibit C:      Chart setting forth Hradecky and Harmon's financial interest in this litigation

Exhibit D:      Joint Declaration of Hradecky and Harmon

Exhibit E:      Faruqi Firm Resume

Exhibit F:      Certificate from Women's Business Enterprise National Council

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 12th day of December 2023 at Los Angeles, California.

*/s/ Lisa T. Omoto*
Lisa T. Omoto

1

**DECLARATION OF LISA T. OMOTO IN SUPPORT OF WERNER HRADECKY AND KAREN HARMON'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF LEAD COUNSEL**
**No. 2:23-cv-08659-HDV-MAR**