Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Jennifer Pafiti (SBN 282790)
**POMERANTZ LLP**
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
Email: jpafiti@pomlaw.com

*Counsel for Movant and [Proposed]*
*Co-Lead Counsel for the Class*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS SPITZER, Individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>     v.<br><br>ROBERT C. FLEXON, DARREN R. JAMISON, JOHN J. JURIC, SCOTT W. ROBINSON, and FREDERICK S. HENCKEN III,<br><br>          Defendants. | Case No. 2:23-cv-8659 HDV (MARx)<br><br>**DECLARATION OF JENNIFER PAFITI IN SUPPORT OF MOTION OF MICHAEL DENISEVICH FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL**<br><br><u>CLASS ACTION</u><br><br>JUDGE: Hernán D. Vera<br>HEARING: February 1, 2024<br>TIME: 10:0 a.m.<br>CTRM: 5B |

DECLARATION OF JENNIFER PAFITI IN SUPPORT OF MOTION OF MICHAEL DENISEVICH FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL
2:23-cv-8659 HDV (MARx)

I, Jennifer Pafiti, declare:

1.    I am a Partner with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of Michael Denisevich ("Movant") and proposed Co-Lead Counsel for the putative class in this litigation.

2.    I make this Declaration in support of Movant's motion, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for appointment as Lead Plaintiff in the above-captioned securities class action and approval of Movant's selection of Pomerantz and The Rosen Law Firm, P.A. ("Rosen Law") as Co-Lead Counsel for the Class.

3.    Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit 1:    PSLRA Early Notice;

Exhibit 2:    Movant's PSLRA certification;

Exhibit 3:    Movant's loss chart;

Exhibit 4:    Movant's declaration;

Exhibit 5:    Rosen Law's firm resume; and

Exhibit 6:    Pomerantz's firm resume.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 12th day of December, 2023.

*/s/ Jennifer Pafiti*
Jennifer Pafiti

1

DECLARATION OF JENNIFER PAFITI IN SUPPORT OF MOTION OF MICHAEL DENISEVICH FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL
2:23-cv-8659 HDV (MARx)

**CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2023, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Jennifer Pafiti*
Jennifer Pafiti

2

DECLARATION OF JENNIFER PAFITI IN SUPPORT OF MOTION OF MICHAEL DENISEVICH FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL
2:23-cv-8659 HDV (MARx)