LATHAM & WATKINS LLP
Michele D. Johnson (Bar No. 198298)
  *michele.johnson@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626
Telephone: +1.714.540.1235
Facsimile: +1.714.755.8290

LATHAM & WATKINS LLP
Colleen C. Smith (Bar No. 231216)
  *colleen.smith@lw.com*
12670 High Bluff Drive
San Diego, California 92130
Telephone: +1.858.523.5400
Facsimile: +1.858.523.5450

*Attorneys for Defendants Robert C. Flexon, Darren R. Jamison, John J. Juric, Scott W. Robinson, and Frederick S. Hencken III*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS SPITZER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT C. FLEXON, DARREN R. JAMISON, JOHN J. JURIC, SCOTT W. ROBINSON, and FREDERICK S. HENCKEN III,<br><br>Defendants. | Case No. 2:23-cv-08659-HDV (MARx)<br><br>**STIPULATION REGARDING TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT**<br><br>Hon. Hernan D. Vera<br>Hon. Margo A. Rocconi |

Defendants Robert C. Flexon, Darren R. Jamison, John J. Juric, Scott W. Robinson, and Frederick S. Hencken III (collectively "Defendants") and Plaintiff Thomas Spitzer ("Plaintiff") by and through their undersigned counsel, hereby stipulate and agree as follows, and jointly request that the Court enter an Order approving this Stipulation:

**WHEREAS**, on October 13, 2023, Plaintiff filed his Class Action Complaint for Violations of the Federal Securities Laws (Dkt. 1, the "Complaint"), which asserts claims under the Securities Exchange Act of 1934 and SEC Rule 10b-5 promulgated thereunder;

**WHEREAS**, undersigned counsel for Defendants hereby accept service of the summons and Complaint on behalf of all Defendants, without waiver of any defenses, objections or arguments, except as to sufficiency of service of process;

**WHEREAS**, as a putative securities class action, this action is governed by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), *see* 15 U.S.C. § 78u-4 *et seq*., which, among other things, provides for the appointment of a lead plaintiff and lead counsel and requires a stay of all discovery and other proceedings during the pendency of any motion to dismiss;

**WHEREAS**, pursuant to 15 U.S.C § 78u–4(a)(3)(A)(i)(II), motions for lead plaintiff and lead counsel are due on or before December 12, 2023;

**WHEREAS**, the Parties anticipate that that the Court-appointed Lead Plaintiff will file an amended complaint that will supersede the existing Complaint after the resolution of motions to appoint lead plaintiff and lead counsel;

**WHEREAS**, Defendants anticipate moving to dismiss the claims asserted against them in response to the forthcoming amended complaint, which would trigger a stay of discovery under the PSLRA (15 U.S.C. § 78u-4(b)(3)(B));

**WHEREAS**, because of the special procedures specified in the PSLRA, including (i) the appointment of a lead plaintiff, (ii) the filing of a single consolidated complaint by the Court-appointed lead plaintiff and counsel, and (iii) the stay of all

discovery and other proceedings during the pendency of any motion to dismiss, the Parties respectfully submit that Defendants do not have to respond to the current Complaint;

**WHEREAS**, this Stipulation is without prejudice to, or waiver of, any rights, arguments, or defenses otherwise available to the Parties;

IT IS HEREBY STIPULATED AND AGREED THAT:

1.   Defendants are not required to respond to the Complaint.

2.   Within fourteen days of the Court's appointment of a Lead Plaintiff and Lead Counsel, Defendants and Lead Plaintiff will meet and confer and submit a proposed schedule for the filing of an amended complaint and Defendants' response.

Respectfully Submitted,

Dated: December 14, 2023                    LATHAM & WATKINS LLP

By */s/ Colleen C. Smith*
Colleen C. Smith (Bar No. 231216)
colleen.smith@lw.com
12670 High Bluff Drive
San Diego, California 92130
Telephone: +1.858.523.5400
Facsimile: +1.858.523.5450

Michele D. Johnson (Bar No. 198298)
michele.johnson@lw.com
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626
Telephone: +1.714.540.1235
Facsimile: +1.714.755.8290

*Attorneys for Defendants Robert C. Flexon, Darren R. Jamison, John J. Juric, Scott W. Robinson, and Frederick S. Hencken III*

Dated: December 14, 2023

GLANCY PRONGAY & MURRAY LLP

By */s/ Pavithra Rajesh*
Robert V. Prongay (SBN 270796)
Charles Linehan (SBN 307439)
Pavithra Rajesh (SBN 323055)
rprongay@glancylaw.com
clinehan@glancylaw.com
prajesh@glancylaw.com
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

THE LAW OFFICES OF FRANK R. CRUZ

Frank R. Cruz
fcruz@frankcruzlaw.com
1999 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
Telephone: (310) 914-5007

*Attorneys for Plaintiff Thomas Spitzer*

**ATTESTATION**

I hereby attest pursuant to L.R. 5-4.3.4(a)(2)(i) that all other signatories listed above, and on whose behalf the filing is submitted, concur in the content of this filing and have authorized this filing.

Dated:  December 14, 2023

*/s/ Colleen C. Smith*
Colleen C. Smith