Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Jennifer Pafiti (SBN 282790)
**POMERANTZ LLP**
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
Email: jpafiti@pomlaw.com

*Counsel for Movant Michael Denisevich*
*and [Proposed] Co-Lead Counsel for*
*the Class*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS SPITZER, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> ROBERT C. FLEXON, DARREN R. JAMISON, JOHN J. JURIC, SCOTT W. ROBINSON, and FREDERICK S. HENCKEN III, <br><br> Defendants. | Case No. 2:23-cv-8659 HDV (MARx) <br><br> **NOTICE OF NON-OPPOSITION TO THE MOTION OF MICHAEL DENISEVICH FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL** <br><br> CLASS ACTION <br><br> JUDGE: Hernán D. Vera <br> HEARING: February 1, 2024 <br> TIME: 10:00 a.m. <br> CTRM: 5B |

NOTICE OF NON-OPPOSITION TO THE MOTION OF MICHAEL DENISEVICH FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL - 2:23-cv-8659 HDV (MARx )

As set forth below, Lead Plaintiff Movant Denisevich[1] respectfully advises the Court that no party opposes Denisevich's motion, pursuant to the PSLRA, for the entry of an Order: (1) appointing Denisevich as Lead Plaintiff for the Class in the Action; and (2) approving Denisevich's selection of Rosen Law and Pomerantz as Co-Lead Counsel (the "Lead Plaintiff Motion") (Dkt. No. 18).

This Action is a putative securities class action governed by the PSLRA, including the statutory provisions governing the appointment of a Lead Plaintiff. Pursuant to the PSLRA, any member of the putative Class wishing to serve as Lead Plaintiff was required to file a motion to that effect no later than sixty (60) days after publication of the notice of pendency of the Action—*i.e.*, on or before December 12, 2023. *See* 15 U.S.C. § 78u-4(a)(3)(A)-(B).

On December 12, 2023, Denisevich filed his Lead Plaintiff Motion. *See* Dkt. No. 18. The same day, two similar competing motions were filed by: (i) David Horning ("Horning") (Dkt. No. 10); and (ii) Werner Hradecky and Karen Harmon (together, "Hradecky and Harmon") (Dkt. No. 14).

Pursuant to Civil Local Rule 7-9, any opposition to Denisevich's Lead Plaintiff Motion was due to be filed on or before January 11, 2024. On January 11, 2024, Denisevich filed his opposition to the competing motions of: (i) Horning; and (ii) Hradecky and Harmon. *See* Dkt. No. 28. The same day, Horning withdrew his competing motion. *See* Dkt. No. 29. Further, no opposition to Denisevich's Lead Plaintiff Motion was filed on or before January 11, 2024.

Accordingly, Denisevich's Lead Plaintiff Motion is unopposed.

---

[1] All capitalized terms herein are defined in Denisevich's moving or opposition briefs (Dkt. Nos. 19, 28), unless otherwise indicated.

1

For the foregoing reasons, and for the reasons set forth in Denisevich's moving and opposition briefs (Dkt. Nos. 19, 28), Denisevich respectfully requests that the Court enter an Order granting his Lead Plaintiff Motion in all respects.

Dated: January 26, 2024     Respectfully submitted,

**POMERANTZ LLP**

*/s/ Jennifer Pafiti*
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405)-7190
Email: jpafiti@pomlaw.com

**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq. (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Movant Michael Denisevich and [Proposed] Co-Lead Counsel for the Class*

**THE SCHALL LAW FIRM**
Brian Schall (290685)
Rina Restaino (285415)
2049 Century Park East, Suite 2460
Los Angeles, CA 90067
Telephone: (310) 301-3335
Email: brian@schallfirm.com
Email: rina@schallfirm.com

*Additional Counsel for Movant Michael Denisevich*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on January 26, 2024, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Jennifer Pafiti*
Jennifer Pafiti

3

NOTICE OF NON-OPPOSITION TO THE MOTION OF MICHAEL DENISEVICH FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL - 2:23-cv-8659 HDV (MARx )