LATHAM & WATKINS LLP
Michele D. Johnson (Bar No. 198298)
 *michele.johnson@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626
Telephone: +1.714.540.1235
Facsimile: +1.714.755.8290

LATHAM & WATKINS LLP
Colleen C. Smith (Bar No. 231216)
 *colleen.smith@lw.com*
12670 High Bluff Drive
San Diego, California 92130
Telephone: +1.858.523.5400
Facsimile: +1.858.523.5450

LATHAM & WATKINS LLP
Kathryn K. George (Admitted *Pro Hac Vice*)
 kathryn.george@lw.com
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: +1.312.876.7700
Facsimile: +1.312.993.9767

*Attorneys for Defendants Robert C. Flexon, Darren R. Jamison, John J. Juric, Scott W. Robinson, and Frederick S. Hencken III*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS SPITZER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT C. FLEXON, DARREN R. JAMISON, JOHN J. JURIC, SCOTT W. ROBINSON, and FREDERICK S. HENCKEN III,<br><br>Defendants. | Case No. 2:23-cv-08659-HDV (MARx)<br><br>**JOINT STIPULATION REGARDING SCHEDULE FOR AMENDED COMPLAINT AND ANSWER OR MOTION TO DISMISS THE AMENDED COMPLAINT**<br><br>Hon. Hernan D. Vera<br>Hon. Margo A. Rocconi |

This Stipulation is entered into by and between Defendants Robert C. Flexon, Darren R. Jamison, John J. Juric, Scott W. Robinson, and Frederick S. Hencken III (collectively "Defendants") and Michael Denisevich ("Lead Plaintiff") (together with Defendants, the "Parties").

**WHEREAS**, this action is a proposed securities class action subject to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), *see* 15 U.S.C. § 78u-4 *et seq.*;

**WHEREAS,** on October 13, 2023, Plaintiff Thomas Spitzer filed his Class Action Complaint for Violations of the Federal Securities Laws (Dkt. 1, the "Complaint"), which asserts claims under the Securities Exchange Act of 1934 and SEC Rule 10b-5 promulgated thereunder;

**WHEREAS**, on December 15, 2023, the Court issued an order that (1) Defendants were not required to respond to the Complaint and (2) within fourteen days of the Court's appointment of a Lead Plaintiff and Lead Counsel, Defendants and Lead Plaintiff would meet and confer and submit a proposed schedule for the filing of an amended complaint and Defendants' response (Dkt. 25);

**WHEREAS**, on February 12, 2024, the Court granted Lead Plaintiff's motion and appointed Michael Denisevich as Lead Plaintiff and The Rosen Law Firm, P.A. and Pomerantz LLP as co-lead counsel for the putative class (Dkt. 38);

**WHEREAS**, on February 16, 2024, the Parties met and conferred in good faith regarding a schedule for Lead Plaintiff's filing of an amended complaint ("Amended Complaint") and Defendants' corresponding answer or motion to dismiss;

**WHEREAS**, the Parties agree that the following proposed stipulated schedule, below, is reasonable and appropriate given the complex nature of this securities class action and the issues raised therein;

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties, through their undersigned counsel, as follows:

2

1.      Lead Plaintiff shall file their Amended Complaint by April 26, 2024.[1]

2.      Defendants shall answer or file a motion to dismiss the Amended Complaint by June 25, 2024.

3.      If any or all Defendants move to dismiss the Amended Complaint, Lead Plaintiff shall file and serve their opposition papers by August 26, 2024.

4.      Any reply papers shall be filed and served by September 25, 2024.

Respectfully submitted,

Dated: February 26, 2024          **LATHAM & WATKINS LLP**

_/s/      Kathryn K. George_
Colleen C. Smith (Bar No. 231216)
  colleen.smith@lw.com
12670 High Bluff Drive
San Diego, California 92130
Telephone: +1.858.523.5400
Facsimile: +1.858.523.5450

Michele D. Johnson (Bar No. 198298)
  michele.johnson@lw.com
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626
Telephone: +1.714.540.1235
Facsimile: +1.714.755.8290

Kathryn K. George (Admitted _Pro Hac Vice_)
  kathryn.george@lw.com
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: +1.312.876.7700
Facsimile: +1.312.993.9767

---

[1] Defendants agree not to object to Lead Plaintiff filing a second amended complaint within 30 days of any restatement of the previously issued financial statements, provided Lead Plaintiff gives Defendants notice of his intent to file a second amended complaint within 5 days of the restatement's filing.

3

*Attorneys for Defendants Robert C. Flexon,
Darren R. Jamison, John J. Juric, Scott W.
Robinson, and Frederick S. Hencken III*

/s/      *Brenda Syzdlo*

**POMERANTZ LLP**

Brenda Szydlo (admitted *pro hac vice*)
Dean P. Ferrogari (*pro hac* application
  forthcoming)
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: 212-661-1100
Facsimile: 917-463-1044
bszydlo@pomlaw.com
dferrogari@pomlaw.com

Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: +1.310.405.7190
*jpafiti@pomlaw.com*

/s/      *Laurence Rosen*

**THE ROSEN LAW FIRM, P.A.**

Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: +1.213.785.2610
Facsimile: +1.213.226.4684
*lrosen@rosenlegal.com*

*Attorneys for Lead Plaintiff Michael
Denisevich*

**SCHALL LAW FIRM**
Brian Schall
2049 Century Park East, Ste. 2460
Los Angeles, California 90067
Telephone: (310) 301-3335
Facsimile: (213) 519-5876
brian@schallfirm.com

*Additional Counsel to Lead Plaintiff
Michael Denisevich*

4

STIP. RE: SCHEDULE FOR AMENDED COMPLAINT
AND DEFENDANTS' MOTION TO DISMISS
CASE NO. 2:23-cv-8659 HDV (MARx)

## **ATTESTATION**

I hereby attest pursuant to L.R. 5-4.3.4(a)(2)(i) that all other signatories listed above, and on whose behalf the filing is submitted, concur in the content of this filing and have authorized this filing.

By:   */s/ Kathryn K. George*
Kathryn K. George

STIP. RE: SCHEDULE FOR AMENDED COMPLAINT
AND DEFENDANTS' MOTION TO DISMISS
CASE NO. 2:23-cv-8659 HDV (MARx)