LATHAM & WATKINS LLP
Michele D. Johnson (Bar No. 198298)
 *michele.johnson@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626
Telephone: +1.714.540.1235
Facsimile: +1.714.755.8290

LATHAM & WATKINS LLP
Colleen C. Smith (Bar No. 231216)
 *colleen.smith@lw.com*
12670 High Bluff Drive
San Diego, California 92130
Telephone: +1.858.523.5400
Facsimile: +1.858.523.5450

LATHAM & WATKINS LLP
Kathryn K. George (Admitted *Pro Hac Vice*)
 kathryn.george@lw.com
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: +1.312.876.7700
Facsimile: +1.312.993.9767

*Attorneys for Defendants*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS SPITZER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT C. FLEXON, DARREN R. JAMISON, JOHN J. JURIC, SCOTT W. ROBINSON, and FREDERICK S. HENCKEN III,<br><br>Defendants. | Case No. 2:23-cv-08659-HDV (MARx)<br><br>**JOINT STIPULATION REGARDING SCHEDULE FOR SECOND AMENDED COMPLAINT AND ANSWER OR MOTION TO DISMISS THE AMENDED COMPLAINT**<br><br>Hon. Hernan D. Vera<br>Hon. Margo A. Rocconi |

This Stipulation is entered into by and between Defendants and Plaintiffs (collectively, the "Parties").

**WHEREAS**, this action is a proposed securities class action subject to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), *see* 15 U.S.C. § 78u-4 *et seq.*;

**WHEREAS,** on October 13, 2023, Plaintiff Thomas Spitzer filed his Class Action Complaint for Violations of the Federal Securities Laws (Dkt. 1, the "Complaint"), which asserts claims under the Securities Exchange Act of 1934 and SEC Rule 10b-5 promulgated thereunder;

**WHEREAS**, on February 28, 2024, the Court entered the Parties' Proposed Order Regarding Scheduling for Amended Complaint and Answer or Motion to Dismiss the Amended Complaint, which included an agreement that Defendants would not object to Plaintiffs filing a Second Amended Complaint within 30 days of any restatement of previously issued financial statements of non-party Capstone Green Energy Holdings, Inc. ("Capstone"), provided Plaintiffs give Defendants notice of their intent to file a Second Amended Complaint within five days of the restatement's filing (Dkt. 42);

**WHEREAS**, on April 26, 2024, Plaintiffs filed a First Amended Complaint;

**WHEREAS**, on June 13, 2024, Capstone filed a restatement;

**WHEREAS**, on June 13, 2024, Plaintiffs provided Defendants notice of their intent to file a Second Amended Complaint;

**WHEREAS**, the Parties agree that the following proposed stipulated schedule is reasonable and appropriate given the complex nature of this securities class action and the issues raised therein;

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties, through their undersigned counsel, as follows:

2

1. The current deadlines set in the Order Regarding Scheduling for Amended Complaint and Answer or Motion to Dismiss the Amended Complaint (Dkt. 42) are stricken as moot.

2. Plaintiffs shall file their Second Amended Complaint by July 29, 2024.

3. Defendants shall answer or file a motion to dismiss the Second Amended Complaint by September 11, 2024.

4. If any or all Defendants move to dismiss the Second Amended Complaint, Plaintiffs shall file and serve their opposition papers by October 25, 2024.

5. Any reply papers shall be filed and served by November 25, 2024.

Respectfully submitted,

Dated: July 1, 2024

**LATHAM & WATKINS LLP**

*/s/ Kathryn K. George*
Colleen C. Smith (Bar No. 231216)
  *colleen.smith@lw.com*
12670 High Bluff Drive
San Diego, California 92130
Telephone: +1.858.523.5400
Facsimile: +1.858.523.5450

Michele D. Johnson (Bar No. 198298)
  *michele.johnson@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626
Telephone: +1.714.540.1235
Facsimile: +1.714.755.8290

Kathryn K. George (Admitted *Pro Hac Vice*)
  *kathryn.george@lw.com*
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: +1.312.876.7700
Facsimile: +1.312.993.9767

*Attorneys for Defendants*

3

*/s/ Brenda Szydlo*

**POMERANTZ LLP**
Brenda Szydlo (Admitted *Pro Hac Vice*)
Dean P. Ferrogari (Admitted *Pro Hac Vice*)
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: 212-661-1100
Facsimile: 917-463-1044
bszydlo@pomlaw.com
dferrogari@pomlaw.com

Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: +1.310.405.7190
*jpafiti@pomlaw.com*

*/s/ Jonathan Stern*

**THE ROSEN LAW FIRM, P.A.**
Jonathan Stern (Admitted *Pro Hac Vice*)
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: jstern@rosenlegal.com

Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: +1.213.785.2610
Facsimile: +1.213.226.4684
*lrosen@rosenlegal.com*

*Attorneys for Plaintiffs*

**SCHALL LAW FIRM**
Brian Schall
2049 Century Park East, Ste. 2460
Los Angeles, California 90067
Telephone: (310) 301-3335
Facsimile: (213) 519-5876
brian@schallfirm.com

*Additional Counsel to Plaintiffs*

4

STIP. RE: SCHEDULE FOR SECOND AMENDED
COMPLAINT AND DEFENDANTS' MOT. TO DISMISS
CASE NO. 2:23-cv-8659 HDV (MARx)

## <u>ATTESTATION</u>

I hereby attest pursuant to L.R. 5-4.3.4(a)(2)(i) that all other signatories listed above, and on whose behalf the filing is submitted, concur in the content of this filing and have authorized this filing.

By:   */s/ Kathryn K. George*
      Kathryn K. George

5