link 55

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

THOMAS SPITZER, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

ROBERT C. FLEXON, DARREN R. JAMISON, JOHN J. JURIC, SCOTT W. ROBINSON, and FREDERICK S. HENCKEN III,

Defendants.

Case No. 2:23-cv-08659-HDV (MARx)

**[~~PROPOSED~~] ORDER REGARDING JOINT STATUS REPORT AND STIPULATION**

Hon. Hernan D. Vera
Hon. Margo A. Rocconi

Having reviewed the Parties' Joint Status Report, Stipulation, and Joint Notice of Settlement and good cause appearing therefor, the Court hereby ORDERS:

1. All proceedings in the Action, except for settlement-related proceedings, shall continue to be stayed.

2. The Parties shall file a proposed Stipulation of Settlement, and Plaintiffs shall file a motion for preliminary approval with the Court by no later than March 6, 2025.

**IT IS SO ORDERED.**

DATED: ____1/17/25_____

_____

Hon. Hernan D. Vera
United States District Judge

2