**POMERANTZ LLP**
Brenda Szydlo (admitted *pro hac vice*)
Dean Ferrogari (admitted *pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
Email: bszydlo@pomlaw.com
dferrogari@pomlaw.com

**THE ROSEN LAW FIRM, P.A.**
Jonathan Stern (admitted *Pro Hac Vice*)
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: jstern@rosenlegal.com

*Co-Lead Counsel for Plaintiffs and the Proposed Class*

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THOMAS SPITZER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT C. FLEXON, DARREN R. JAMISON, JOHN J. JURIC, SCOTT W. ROBINSON, and FREDERICK S. HENCKEN III,<br><br>Defendants. | Case No. 2:23-cv-08659-HDV (MARx)<br><br>CLASS ACTION<br><br>**NOTICE OF UNOPPOSED MOTION FOR ENTRY OF ORDER PRELIMINARILY APPROVING SETTLEMENT AND ESTABLISHING NOTICE PROCEDURES** |

PLEASE TAKE NOTICE that Lead Plaintiff Michael Denisevich and Plaintiff Kevin Rudisill (collectively, "Plaintiffs"),[1] individually and on behalf of all others similarly situated, will hereby move this Court on June 5, 2025 at 10:00 a.m. before the Honorable Hernán D. Vera, United States District Judge of the United States District Court for the Central District of California, First Street Courthouse, 350 W. 1st Street, Los Angeles, California 90012, Courtroom 5B, for an Order: (i) granting preliminary approval of the proposed Settlement; (ii) granting conditional certification of the Settlement Class, certifying Michael Denisevich and Kevin Rudisill as class representatives and appointing Co-Lead Counsel as Class Counsel for purposes of the Settlement; (iii) granting approval of the form and manner of giving notice of the proposed Settlement to Settlement Class Members; and (iv) setting a date for the Settlement Hearing, deadlines for the mailing and publication of the Notice, the filing of Settlement Class Member objections, the filing of Settlement Class Member opt-out notices, the filing of Plaintiffs' motion for final approval of the Settlement, and the filing of Lead Counsel's application for attorneys' fees, reimbursement of litigation expenses, and awards to Plaintiffs.

This motion is based upon the accompanying Memorandum of Law, the Joint Declaration of Brenda Szydlo and Jonathan Stern, and the exhibits thereto, both filed simultaneously herewith, and other such matters and argument as the Court may consider at the hearing on this motion.

Plaintiffs make this motion following the conference of counsel pursuant to Local Rule 7-3, which took place on March 21, 2025, during which Defendants' counsel advised that Defendants do not oppose this motion.

Dated: April 4, 2025                                        Respectfully submitted,

                              **POMERANTZ LLP**
                              */s/ Brenda Szydlo*
                              Brenda Szydlo (admitted *Pro Hac Vice*)

---

[1] All capitalized terms used herein have the meanings set forth and defined in the Stipulation and Agreement of Settlement, dated April 4, 2025 (the "Stipulation").

1

Dean Ferrogari (admitted *Pro Hac Vice*)
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
bszydlo@pomlaw.com
dferrogari@pomlaw.com

Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

**THE ROSEN LAW FIRM, P.A.**
*/s/ Jonathan Stern*
Jonathan Stern (admitted *Pro Hac Vice*)
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
jstern@rosenlegal.com

Laurence M. Rosen, Esq. (SBN 219683)
355 S. Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
lrosen@rosenlegal.com

*Co-Lead Counsel for Plaintiffs and the Proposed Class*

**SCHALL LAW FIRM**
Brian Schall
2049 Century Park East, Suite 2460
Los Angeles, California 90067
Telephone: (310) 301-3335
Facsimile: (213) 519-5876
brian@schallfirm.com

*Additional Counsel to Lead Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

                                                    */s/ Brenda Szydlo*
                                                    Brenda Szydlo