LATHAM & WATKINS LLP
Michele D. Johnson (Bar No. 198298)
  michele.johnson@lw.com
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626
Telephone: +1.714.540.1235
Facsimile: +1.714.755.8290

LATHAM & WATKINS LLP
Colleen C. Smith (Bar No. 231216)
  colleen.smith@lw.com
12670 High Bluff Drive
San Diego, California 92130
Telephone: +1.858.523.5400
Facsimile: +1.858.523.5450

LATHAM & WATKINS LLP
Kathryn K. George (Admitted *Pro Hac Vice*)
  kathryn.george@lw.com
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: +1.312.876.7700
Facsimile: +1.312.993.9767

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

THOMAS SPITZER, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

ROBERT C. FLEXON, DARREN R. JAMISON, JOHN J. JURIC, SCOTT W. ROBINSON, and FREDERICK S. HENCKEN III,

Defendants.

Case No. 2:23-cv-08659-HDV (MARx)

**DEFENDANTS' STATEMENT OF NON-OPPOSITION TO PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT AND PLAN OF ALLOCATION, AND FINAL CERTIFICATION OF SETTLEMENT CLASS**

**Hearing**
Date:     November 13, 2025
Time:     10:00 a.m.
Place:    350 W. 1st Street
          Los Angeles, California
          90012, Courtroom 5B

Hon. Hernan D. Vera

Defendants Robert C. Flexon, Darren R. Jamison, Scott W. Robinson, and Frederick S. Hencken III hereby state that they do not oppose Plaintiffs' Motion for Final Approval of Settlement and Plan of Allocation, and Final Certification of Settlement Class, Dkt. No. 66.

Respectfully submitted,

Dated: October 23, 2025                    **LATHAM & WATKINS LLP**

*/s/ Kathryn K. George*
Colleen C. Smith (Bar No. 231216)
   *colleen.smith@lw.com*
12670 High Bluff Drive
San Diego, California 92130
Telephone: +1.858.523.5400
Facsimile: +1.858.523.5450

Michele D. Johnson (Bar No. 198298)
   *michele.johnson@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626
Telephone: +1.714.540.1235
Facsimile: +1.714.755.8290

Kathryn K. George (Admitted *Pro Hac Vice*)
   *kathryn.george@lw.com*
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: +1.312.876.7700
Facsimile: +1.312.993.9767

*Attorneys for Defendants*

2

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

DEFENDANTS' STATEMENT OF NON-OPPOSITION
TO MOT. RE: FINAL APPROVAL OF SETTLEMENT
CASE NO. 2:23-cv-8659 HDV (MARx)