**POMERANTZ LLP**
Brenda Szydlo (admitted *pro hac vice*)
Dean P. Ferrogari (admitted *pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
Email: bszydlo@pomlaw.com
dferrogari@pomlaw.com

**THE ROSEN LAW FIRM, P.A.**
Jonathan Stern (admitted *pro hac vice*)
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: jstern@rosenlegal.com

*Co-Lead Counsel for Plaintiffs and
the Proposed Class*

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THOMAS SPITZER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT C. FLEXON, DARREN R. JAMISON, JOHN J. JURIC, SCOTT W. ROBINSON, and FREDERICK S. HENCKEN III,<br><br>Defendants. | Case No. 2:23-cv-08659-HDV (MARx)<br><br><u>CLASS ACTION</u><br><br>**REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN FURTHER SUPPORT OF PLAINTIFFS' MOTIONS FOR (1) FINAL APPROVAL OF SETTLEMENT AND PLAN OF ALLOCATION, AND FINAL CERTIFICATION OF SETTLEMENT CLASS; AND (2) ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND AWARDS TO PLAINTIFFS**<br><br>Date: November 13, 2025<br>Time: 10:00 a.m.<br>Courtroom: 5B<br>Judge: Hon. Hernán D. Vera |

Lead Plaintiff Michael Denisevich and Plaintiff Kevin Rudisill (collectively, "Plaintiffs"), respectfully submit this reply memorandum in further support of Plaintiffs': (i) Unopposed Motion for Final Approval of Settlement and Plan of Allocation, and Final Certification of Settlement Class (Dkt. No. 66); and (ii) Motion for Attorneys' Fees, Reimbursement of Expenses, and Awards to Plaintiffs (Dkt. No. 68).[1]

## I. THE CLAIMS ADMINISTRATOR PROVIDED NOTICE OF THE SETTLEMENT TO OVER THIRTY-SEVEN THOUSAND POTENTIAL SETTLEMENT CLASS MEMBERS

Pursuant to the Court's June 5, 2025 Order preliminarily approving settlement and providing for notice (Dkt. No. 65) (the "Preliminary Approval Order"), 37,868 copies of the Court-approved Notice and Claim Form were disseminated to potential Settlement Class Members. In addition, the Court-appointed Claims Administrator, Strategic Claims Services, Inc. ("SCS"), caused: (i) the Summary Notice to be published in *Investor's Business Daily* and transmitted over *GlobeNewswire* on July 7, 2025; and (ii) the Notice, Claim Form, Stipulation, and Preliminary Approval Order to be posted on the Settlement website. *See* Declaration of Sarah Evans Concerning: (A) Mailing and Emailing of Notice; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion and

---

[1] Unless otherwise defined herein, capitalized terms have the same meaning as provided in the Stipulation and Agreement of Settlement dated April 4, 2025 (the "Stipulation") (Dkt. No. 61-1). Internal citations and quotations are omitted and emphasis is added unless otherwise noted. Citations to the "Supp. Joint Decl." are to the Supplemental Joint Declaration of Brenda Szydlo and Jonathan Stern in Support of Plaintiffs' Motions For (1) Final Approval of Proposed Class Action Settlement; and (2) Award of Attorneys' Fees, Reimbursement of Expenses, and Awards to Plaintiffs, filed herewith. Citations to the "Supp. Evans Decl." are to the Supplemental Declaration of Sarah Evans Concerning: (A) Mailing and Emailing of Notice; (B) Report on Requests for Exclusion and Objections; and (C) Claims Received to Date, attached as Exhibit 1 to the Supp. Joint Decl.

1

Objections ("Evans Decl.") (Dkt. No. 70-1) ¶¶11, 13. The Notice, Summary Notice, and Settlement website informed Settlement Class Members of the October 23, 2025 deadline to (i) submit an objection to the Settlement, Plan of Allocation, and/or request for attorneys' fees, reimbursement of litigation expenses, and/or awards to Plaintiffs, or (ii) request exclusion from the Settlement Class. *Id.* ¶¶11, 13. SCS has also maintained a toll-free telephone number for potential Settlement Class Members. *Id.* ¶12.

Additionally, SCS sent the Depository Trust Company ("DTC") a Notice and Claim Form for the DTC to publish on its Legal Notice System ("LENS") on June 25, 2025. *See* Evans Decl. ¶3. LENS provides DTC participants the ability to search and download legal notices as well as receive e-mail alerts based on particular notices or particular CUSIPs once a legal notice is posted. *Id.* Since the filing of the Evans Decl. on October 9, 2025, an additional 25 Notice and Claim Forms were returned. Supp. Evans Decl. ¶4. Of these, the United States Postal Service provided a forwarding address for one Notice and Claim Form, and SCS immediately mailed another Notice and Claim Form to the updated address. *Id.* The remaining 24 Notice and Claim Forms returned as undeliverable were corrected to obtain updated addresses and 5 were re-mailed to updated addresses. *Id.* As of November 5, 2025, SCS has sent a total of 37,868 Notices and received 13,276 claims. *Id.* ¶9. The claims rate is 35%, and there are $2,661,915.89 in recognized losses. *Id.*

The October 23, 2025 deadline for Settlement Class Members to submit objections and exclusions has passed. *Id.* ¶¶7-8. Following this extensive notice process, *no* Settlement Class Member has objected to the Settlement, the Plan of Allocation, or Lead Counsel's application for attorneys' fees, reimbursement of litigation expenses, or awards to Plaintiffs. *Id.* ¶8. Moreover, SCS has only received one request for exclusion. *Id.* ¶7. The lack of objections or requests for exclusion supports granting Plaintiffs' motions.

2

REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN FURTHER SUPPORT OF
PLAINTIFFS' MOTIONS FOR (1) FINAL APPROVAL OF SETTLEMENT AND PLAN OF
ALLOCATION, AND FINAL CERTIFICATION OF SETTLEMENT CLASS; AND (2)
ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND AWARDS TO PLAINTIFFS
2:23-cv-08659-HDV (MARx)

## II.    THE REACTION OF THE SETTLEMENT CLASS SUPPORTS FINAL APPROVAL

### A.    The Lack of Objections or Requests for Exclusion Supports Final Approval of the Settlement

The absence of any objections to the Settlement or Plan of Allocation supports granting final approval. *In re Stable Rd. Acquisition Corp. Sec. Litig.*, 2024 WL 3643393, at *9 (C.D. Cal. Apr. 23, 2024) ("[T]he absence of a large number of objections to a proposed class action settlement raises a strong presumption that the terms of a proposed class action settlement are favorable to class members."); *Nat'l Rural Telecomms. Coop. v. DIRECTV, Inc.*, 221 F.R.D. 523, 529 (C.D. Cal. 2004) (finally approving settlement, finding "[t]he absence of a single objection to the Proposed Settlement provides further support for final approval of the Proposed Settlement").

Similarly, the Claims Administrator receiving only one request for exclusion further demonstrates the Settlement Class's positive reaction to the Settlement and supports final approval. *Hanlon v. Chrysler Corp.*, 150 F.3d 1011, 1027 (9th Cir. 1998) (affirming final approval of settlement and noting "that the overwhelming majority of the class … stayed in the class presents at least some objective positive commentary as to its fairness"), *overruled on other grounds by Wal-Mart Stores, Inc. v. Dukes*, 564 U.S. 338 (2011); *see also In re Mego Fin. Corp. Sec. Litig.*, 213 F.3d 454, 459 (9th Cir. 2000) (finding that there was only one opt-out supported the district court's approval of settlement).

### B.    The Lack of Objections or Requests for Exclusion Supports Awarding the Requested Attorneys' Fees, Reimbursement of Expenses, and Awards to Plaintiffs

The absence of any objections to the request for an award of attorneys' fees, reimbursement of litigation expenses, and awards to Plaintiffs, supports a finding that the request is fair, reasonable, and adequate. "[T]he lack of significant objections to the requested fees [and expenses] justifies an award

3

REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN FURTHER SUPPORT OF PLAINTIFFS' MOTIONS FOR (1) FINAL APPROVAL OF SETTLEMENT AND PLAN OF ALLOCATION, AND FINAL CERTIFICATION OF SETTLEMENT CLASS; AND (2) ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND AWARDS TO PLAINTIFFS
2:23-cv-08659-HDV (MARx)

of one-third of the Settlement Fund[,]" particularly where the number of objections to the fee and expenses was "remarkably small given the wide dissemination of notice." *See In re Heritage Bond Litig.*, 2005 WL 1594389, at *15-16 (C.D. Cal. June 10, 2005); *see also In re Am. Apparel, Inc. S'holder Litig.*, 2014 WL 10212865, at *21 (C.D. Cal. July 28, 2014) (holding that no objections to the fee request and only one class member requesting exclusion supports the attorneys' fee award); *In re Avista Corp. Sec. Litig.*, 2007 WL 4568933, at *5 (E.D. Wash. Dec. 20, 2007) (finding that only one objection justifies an award of attorney fees in the amount of 30% of the settlement fund, full reimbursement of expenses, and awards to plaintiffs).

The absence of any objections to the requested awards to Plaintiffs' supports awarding $2,000 each to Lead Plaintiff Michael Denisevich and Plaintiff Kevin Rudisill, for the time they spent representing the Class. The PSLRA permits "the award of reasonable costs and expenses (including lost wages) directly relating to the representation of the class to any representative party serving on behalf of a class." 15 U.S.C. § 78u-4(a)(4); H.R. Rep. No. 104-369, at 35 (1995) (Conf. Rep.) ("The Conference Committee recognizes that lead plaintiffs should be reimbursed for reasonable costs and expenses associated with service as lead plaintiff, including lost wages, and grants the courts discretion to award fees accordingly."). "Generally, in the Ninth Circuit, a $5,000 incentive award [for each plaintiff] is presumptively reasonable." *Brown v. China Integrated Energy Inc.*, 2016 WL 11757878, at *14 (C.D. Cal. July 22, 2016). Courts in this Circuit routinely award representative plaintiffs similar or greater amounts as the awards requested here. *See, e.g.*, *Zhou v. Faraday Future Intelligent Elec. Inc.*, 2024 WL 1245341, at *11-12 (C.D. Cal. Mar. 18, 2024) (awarding each of the four plaintiffs $5,000 each for a total award of $20,000); *Brown*, 2016 WL 11757878, at *14 (granting awards of $10,000 for each of the two lead plaintiffs); *Vinh Nguyen v. Radient Pharms. Corp.*, 2014 WL 1802293,

4

REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN FURTHER SUPPORT OF PLAINTIFFS' MOTIONS FOR (1) FINAL APPROVAL OF SETTLEMENT AND PLAN OF ALLOCATION, AND FINAL CERTIFICATION OF SETTLEMENT CLASS; AND (2) ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND AWARDS TO PLAINTIFFS
2:23-cv-08659-HDV (MARx)

at *11-12 (C.D. Cal. May 6, 2014) (granting awards of $2,000 for each of the three class representatives, totaling $6,000). As such, the requested awards to Plaintiffs are reasonable and the Court should award $2,000 to each of the Plaintiffs (or $4,000 in total).

## III.   CONCLUSION

Based on the foregoing, and for the additional reasons set forth in the opening papers, Plaintiffs and their counsel respectfully request that the Court: (i) approve the Settlement and Plan of Allocation as fair, reasonable, adequate, and in the best interest of the Settlement Class; (ii) grant final certification of the proposed Settlement Class for settlement purposes only; (iii) award attorneys' fees to Lead Counsel in the amount of 33% of the Settlement Fund, or $742,500 (plus any interest earned on this amount at the same rate and for the same period as earned by the Settlement Fund ), as well as expenses in the amount of $64,439.31 (plus any interest earned on this amount at the same rate and for the same period as earned by the Settlement Fund); and (iv) grant PSLRA awards in the aggregate amount of $4,000 (or $2,000 each to Lead Plaintiff Michael Denisevich and Plaintiff Kevin Rudisill). Plaintiffs previously filed a [Proposed] Final Judgment Approving Class Action Settlement (Dkt. No. 70-6) providing for the relief requested herein.

Dated: November 6, 2025                          Respectfully submitted,

                                                 **POMERANTZ LLP**
                                                 */s/ Brenda Szydlo*
                                                 Brenda Szydlo (admitted *pro hac vice*)
                                                 Dean P. Ferrogari (admitted *pro hac vice*)
                                                 600 Third Avenue, 20th Floor
                                                 New York, NY  10016
                                                 Telephone: (212) 661-1100
                                                 Facsimile: (917) 463-1044
                                                 bszydlo@pomlaw.com
                                                 dferrogari@pomlaw.com

5

REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN FURTHER SUPPORT OF PLAINTIFFS' MOTIONS FOR (1) FINAL APPROVAL OF SETTLEMENT AND PLAN OF ALLOCATION, AND FINAL CERTIFICATION OF SETTLEMENT CLASS; AND (2) ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND AWARDS TO PLAINTIFFS
2:23-cv-08659-HDV (MARx)

Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

**THE ROSEN LAW FIRM, P.A.**
*/s/ Jonathan Stern*
Jonathan Stern (admitted *pro hac vice*)
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
jstern@rosenlegal.com

Laurence M. Rosen, Esq. (SBN 219683)
355 S. Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
lrosen@rosenlegal.com

***Co-Lead Counsel for Plaintiffs and
the Proposed Class***

**SCHALL LAW FIRM**
Brian Schall
2049 Century Park East, Suite 2460
Los Angeles, California 90067
Telephone: (310) 301-3335
Facsimile: (213) 519-5876
brian@schallfirm.com

***Additional Counsel to Lead Plaintiff***

6

REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN FURTHER SUPPORT OF PLAINTIFFS' MOTIONS FOR (1) FINAL APPROVAL OF SETTLEMENT AND PLAN OF ALLOCATION, AND FINAL CERTIFICATION OF SETTLEMENT CLASS; AND (2) ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND AWARDS TO PLAINTIFFS
2:23-cv-08659-HDV (MARx)

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 6, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

*/s/ Brenda Szydlo*
Brenda Szydlo

REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN FURTHER SUPPORT OF PLAINTIFFS' MOTIONS FOR (1) FINAL APPROVAL OF SETTLEMENT AND PLAN OF ALLOCATION, AND FINAL CERTIFICATION OF SETTLEMENT CLASS; AND (2) ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND AWARDS TO PLAINTIFFS
2:23-cv-08659-HDV (MARx)