**POMERANTZ LLP**

Brenda Szydlo (admitted *pro hac vice*)

Dean P. Ferrogari (admitted *pro hac vice*)

600 Third Avenue, 20th Floor

New York, New York 10016

Telephone: (212) 661-1100

Facsimile: (917) 463-1044

Email: bszydlo@pomlaw.com

dferrogari@pomlaw.com

**THE ROSEN LAW FIRM, P.A.**

Jonathan Stern (admitted *pro hac vice*)

275 Madison Avenue, 40th Floor

New York, NY 10016

Telephone: (212) 686-1060

Facsimile: (212) 202-3827

Email: jstern@rosenlegal.com

*Co-Lead Counsel for Plaintiffs and the Proposed Class*

[Additional Counsel on Signature Page]

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS SPITZER, Individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>     v.<br><br>ROBERT C. FLEXON, DARREN R. JAMISON, JOHN J. JURIC, SCOTT W.  ROBINSON, and FREDERICK S. HENCKEN III,<br><br>          Defendants. | Case No. 2:23-cv-08659-HDV (MARx)<br><br>CLASS ACTION<br><br>**JOINT REQUEST FOR LEAVE FOR COUNSEL TO APPEAR REMOTELY AT THE SETTLEMENT HEARING**<br><br>Date: November 13, 2025<br>Time: 10:00 a.m.<br>Courtroom: 5B<br>Judge: Hon. Hernán D. Vera |

JOINT REQUEST FOR LEAVE FOR COUNSEL TO APPEAR REMOTELY AT THE
SETTLEMENT HEARING, 2:23-cv-08659-HDV (MARx)

Lead Plaintiff Michael Denisevich and Plaintiff Kevin Rudisill ("Plaintiffs") and Defendants Robert C. Flexon, Darren R. Jamison, Scott W. Robinson, and Frederick S. Hencken III respectfully request that the Court allow counsel to appear remotely at the hearing for Plaintiffs' (i) Unopposed Motion for Final Approval of Settlement and Plan of Allocation, and Final Certification of Settlement Class (Dkt. No. 66) and (ii) Motion for Attorneys' Fees, Reimbursement of Expenses, and Awards to Plaintiffs (Dkt. No. 68), which is currently set for 10:00 a.m. on November 13, 2025 (the "Settlement Hearing").

On April 4, 2025, Plaintiffs filed the motion to Preliminarily Approve the Settlement and Establish Notice Procedures. Dkt. Nos. 59-61. On May 15, 2025, Defendants filed a notice of non-opposition to that motion. Dkt. No. 62. On May 16, 2025, Defendants filed the Class Action Fairness Act (CAFA) notice of service. Dkt. No. 63.

On June 5, 2025, the Court heard oral argument on the motion to Preliminarily Approve the Settlement and Establish Notice Procedures and approved the motion. Dkt. No. 64-65. The Court also set the Settlement Hearing for November 13, 2025 at 10:00 a.m. Dkt. No. 65.

On October 9, 2025, Plaintiffs filed: (i) the Unopposed Motion for Final Approval of Settlement and Plan of Allocation, and Final Certification of Settlement Class (Dkt. No. 66-67, 70); and (ii) the Motion for Attorneys' Fees,

1

JOINT REQUEST FOR LEAVE FOR COUNSEL TO APPEAR REMOTELY AT THE SETTLEMENT HEARING, 2:23-cv-08659-HDV (MARx)

Reimbursement of Expenses, and Awards to Plaintiffs (Dkt. No. 68-70). On October 23, 2025, Defendants filed a notice of non-opposition to the Unopposed Motion for Final Approval of Settlement and Plan of Allocation, and Final Certification of Settlement Class. Dkt. No. 72.

On November 6, 2025, Plaintiffs filed a reply in further support of: (i) the Unopposed Motion for Final Approval of Settlement and Plan of Allocation, and Final Certification of Settlement Class (Dkt. No. 66); and (ii) the Motion for Attorneys' Fees, Reimbursement of Expenses, and Awards to Plaintiffs (Dkt. No. 68). Dkt. No. 74.

On November 5, 2025, the U.S. Department of Transportation announced that "it would cut 10 percent of air traffic at 40 of the nation's busiest airports, in a move that analysts said would force airlines to cancel thousands of flights".[1]

On November 6, 2025, the *Los Angeles Times* reported that "[f]ive of the state's airports — Los Angeles International Airport, Ontario International Airport, San Diego International Airport, Oakland International Airport and San Francisco International Airport — will be targeted for cuts, according to a list reviewed by news outlets" and "[t]housands of flights across the country are likely to be canceled

---

[1] https://web.archive.org/web/20251106050150/https://www.nytimes.com/live/2025/11/05/us/trump-shutdown-news#faa-flights-air-traffic-government-shutdown.

2

JOINT REQUEST FOR LEAVE FOR COUNSEL TO APPEAR REMOTELY AT THE SETTLEMENT HEARING, 2:23-cv-08659-HDV (MARx)

in the unprecedented action to keep the air space safe as the government shutdown goes into its second month, according to agency administrator Bryan Bedford."[2] Similarly, the *Chicago Tribune* reported that "[a]irports in New York, Los Angeles and Chicago are among 40 of the busiest across the U.S. where flights will be cut starting Friday due to the government shutdown" and "[i]n some of the biggest cities — such as New York, Houston and Chicago — multiple airports will be affected."[3]

Counsel for the Parties have planned to travel from New York and Chicago to attend the November 13, 2025 Settlement Hearing. However, with the "unprecedented" action which will likely impact airports in Los Angeles, New York, and Chicago, counsel is concerned about its ability to be at the Settlement Hearing, regardless of counsel's intent and actions.

As such, with good cause, the Parties respectfully request that counsel be permitted to appear remotely at the Settlement Hearing.

---

[2] https://web.archive.org/web/20251106164917/https://www.latimes.com/california/story/2025-11-06/why-california-could-be-so-hard-hit-by-airport-capacity-reductions-safety.

[3] https://web.archive.org/web/20251106170147/https://www.chicagotribune.com/2025/11/06/faa-flights-reduction-government-shutdown/.

3

JOINT REQUEST FOR LEAVE FOR COUNSEL TO APPEAR REMOTELY AT THE
SETTLEMENT HEARING, 2:23-cv-08659-HDV (MARx)

This request is supported by the Declaration of Jonathan Stern, which is contemporaneously submitted herewith. Simultaneously filed herewith is a proposed order granting the request for leave for counsel to appear remotely at the Settlement Hearing.

Dated: November 6, 2025                    Respectfully submitted,

**POMERANTZ LLP**
*/s/ Brenda Szydlo*
Brenda Szydlo (admitted *pro hac vice*)
Dean P. Ferrogari (admitted *pro hac vice*)
600 Third Avenue, 20th Floor
New York, NY  10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
bszydlo@pomlaw.com
dferrogari@pomlaw.com
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

**THE ROSEN LAW FIRM, P.A.**
*/s/ Jonathan Stern*
Jonathan Stern (admitted *pro hac vice*)
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
jstern@rosenlegal.com

JOINT REQUEST FOR LEAVE FOR COUNSEL TO APPEAR REMOTELY AT THE SETTLEMENT HEARING, 2:23-cv-08659-HDV (MARx)

Laurence M. Rosen, Esq. (SBN 219683)
355 S. Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
lrosen@rosenlegal.com

*Co-Lead Counsel for Plaintiffs and the Proposed Class*

**SCHALL LAW FIRM**
Brian Schall
2049 Century Park East, Suite 2460
Los Angeles, California 90067
Telephone: (310) 301-3335
Facsimile: (213) 519-5876
brian@schallfirm.com

*Additional Counsel to Lead Plaintiff*

**LATHAM & WATKINS LLP**
*/s/ Kathryn K. George*
Colleen C. Smith (Bar No. 231216)
colleen.smith@lw.com
12670 High Bluff Drive
San Diego, California 92130
Telephone: +1.858.523.5400
Facsimile: +1.858.523.5450

Michele D. Johnson (Bar No. 198298)
michele.johnson@lw.com 650
Town Center Drive, 20th Floor
Costa Mesa, California 92626
Telephone: +1.714.540.1235
Facsimile: +1.714.755.829

5

JOINT REQUEST FOR LEAVE FOR COUNSEL TO APPEAR REMOTELY AT THE
SETTLEMENT HEARING, 2:23-cv-08659-HDV (MARx)

Kathryn K. George (admitted *Pro Hac Vice*)
kathryn.george@lw.com
330 North Wabash Avenue
Suite 2800
Chicago, Illinois 60611
Telephone: +1.312.876.7700
Facsimile: +1.312.993.9767

**Attorneys for Defendants**

JOINT REQUEST FOR LEAVE FOR COUNSEL TO APPEAR REMOTELY AT THE
SETTLEMENT HEARING, 2:23-cv-08659-HDV (MARx)

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 6, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

*/s/ Jonathan Stern*
Jonathan Stern

---

JOINT REQUEST FOR LEAVE FOR COUNSEL TO APPEAR REMOTELY AT THE
SETTLEMENT HEARING, 2:23-cv-08659-HDV (MARx)