LINK 75

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THOMAS SPITZER, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>        v.<br><br>ROBERT C. FLEXON, DARREN R. JAMISON, JOHN J. JURIC, SCOTT W. ROBINSON, and FREDERICK S. HENCKEN III,<br><br>        Defendants. | Case No. 2:23-cv-08659-HDV (MARx)<br><br>CLASS ACTION |

**[PROPOSED] ORDER GRANTING JOINT REQUEST FOR LEAVE FOR COUNSEL TO APPEAR REMOTELY AT THE FINAL APPROVAL HEARING**

This matter came before the Court by the joint request of Lead Plaintiff Michael Denisevich and Plaintiff Kevin Rudisill ("Plaintiffs") and Defendants Robert C. Flexon, Darren R. Jamison, Scott W. Robinson, and Frederick S. Hencken III for leave for counsel to appear remotely at the hearing for Plaintiffs' (i) Unopposed Motion for Final Approval of Settlement and Plan of Allocation, and Final Certification of Settlement Class (Dkt. No. 66) and (ii) Motion for Attorneys' Fees, Reimbursement of Expenses, and Awards to Plaintiffs (Dkt. No. 68), which is currently set for 10:00 a.m. on November 13, 2025. The request is supported by

[PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST FOR LEAVE FOR COUNSEL TO APPEAR REMOTELY AT THE SETTLEMENT HEARING, 2:23-cv-08659-HDV (MARX)

Jonathan Stern's Declaration. Based on the Parties' request, Jonathan Stern's Declaration, and for the good cause appearing:

IT IS HEREBY ORDERED that counsel may appear remotely by Zoom for the hearing on Plaintiffs' (i) Unopposed Motion for Final Approval of Settlement and Plan of Allocation, and Final Certification of Settlement Class (Dkt. No. 66) and (ii) Motion for Attorneys' Fees, Reimbursement of Expenses, and Awards to Plaintiffs (Dkt. No. 68), hearing, currently set for 10:00 a.m. on November 13, 2025.

SO ORDERED this __9th__ day of __November__, 2025.

_____
THE HONORABLE HERNÁN D. VERA
UNITED STATES DISTRICT JUDGE

2

[PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST FOR LEAVE FOR COUNSEL TO APPEAR REMOTELY AT THE SETTLEMENT HEARING, 2:23-cv-08659-HDV (MARX)