**POMERANTZ LLP**
Brenda Szydlo (admitted *pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
Email: bszydlo@pomlaw.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS SPITZER, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ROBERT C. FLEXON, DARREN R. JAMISON, JOHN J. JURIC, SCOTT W. ROBINSON, and FREDERICK S. HENCKEN III, <br><br> Defendants. | Case No. 2:23-cv-08659-HDV (MARx) <br><br> <u>CLASS ACTION</u> <br><br> **CORRECTED AND SUPPLEMENTAL DECLARATION OF BRENDA SZYDLO ON BEHALF OF POMERANTZ LLP CONCERNING EXPENSES** |

I, BRENDA SZYDLO, declare as follows:

1.     I, Brenda Szydlo, am an attorney admitted to practice *pro hac vice* in this Court and a Partner at Pomerantz LLP ("Pomerantz"), Co-Lead Counsel, along with The Rosen Law Firm, P.A. ("Rosen"), for Lead Plaintiff Michael Denisevich and Plaintiff Kevin Rudisill (collectively, Plaintiffs) and the proposed class,[1] in the above-captioned Action. I have personal knowledge of the matters set forth herein and, if called upon, I could and would competently testify thereto.

2.     In light of the Court's Order Granting Joint Request for Leave for Counsel to Appear Remotely at the Final Approval Hearing (Dkt. No. 76), I respectfully submit this Corrected and Supplemental Declaration to update Pomerantz's "Travel & Lodging" expenses as reflected in the Declaration of Brenda Szydlo on Behalf of Pomerantz LLP Concerning Attorneys' Fees and Expenses (the "October Szydlo Declaration") (Dkt. No. 70-2, ¶7).

3.     I purchased refundable airline tickets in connection with the Final Approval Hearing ("Hearing"). Additionally, I will no longer be charged hotel lodging accommodations for the Hearing. Given that I will now be attending the Hearing remotely, the table below has been revised to reflect Pomerantz's updated "Travel & Lodging" expenses.

4.     Additionally, in the October Szydlo Declaration, the expenses incurred in connection with the purchase of my airfare to and from the June 5, 2025 preliminary approval hearing were not included. As such, the costs associated with such travel are now reflected in the table below.

5.     Pomerantz spent **$46,873.20** on out-of-pocket expenses for which it has not been reimbursed prosecuting this Action, broken down as follows:

---

[1]All capitalized terms used herein have the meanings set forth and defined in the Stipulation and Agreement of Settlement, dated April 4, 2025 (the "Stipulation"). Dkt. No. 61-1.

1

| CATEGORY | AMOUNT |
|---|---|
| Clerk Filing Fees | $1,000.00 |
| Photocopy Charges | $128.69 |
| Expert Fees | $23,713.25 |
| Photocopy Charges-In House | $20.90 |
| Overtime-Clerical | $216.78 |
| Investigator Fees | $13,385.64 |
| Meals Expenses | $158.79 |
| Press Releases and Newswires | $3,200.00 |
| Computer Research | $807.98 |
| Travel & Lodging | $3,755.12 |
| Travel-Local | $486.05 |
| **TOTAL EXPENSES** | **$46,873.20** |

6.     Pomerantz's books and records reflect in detail the expenses I summarize above. Pomerantz prepares these books and records in the normal course of business from expense vouchers, check records, and financial statements. To the best of my knowledge, these expenses are an accurate record of the expenses Pomerantz incurred in the prosecution of this Action.

7.     The revised total expenses for both Pomerantz and Rosen are $46,873.20 and $16,388.65, respectively, for a total of $63,261.85.

2

CORRECTED AND SUPPLEMENTAL DECLARATION OF BRENDA SZYDLO ON BEHALF OF POMERANTZ LLP CONCERNING EXPENSES, 2:23-cv-08659-HDV (MARx)

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.

Dated: November 11, 2025                          Respectfully submitted,


                                                 */s/ Brenda Szydlo*
                                                 Brenda Szydlo

3

CORRECTED AND SUPPLEMENTAL DECLARATION OF BRENDA SZYDLO ON BEHALF
OF POMERANTZ LLP CONCERNING EXPENSES, 2:23-cv-08659-HDV (MARx)

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 11, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

*/s/ Brenda Szydlo*
Brenda Szydlo

CORRECTED AND SUPPLEMENTAL DECLARATION OF BRENDA SZYDLO ON BEHALF OF POMERANTZ LLP CONCERNING EXPENSES, 2:23-cv-08659-HDV (MARX)