**THE ROSEN LAW FIRM, P.A.**
Jonathan Stern (admitted *pro hac vice*)
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: jstern@rosenlegal.com

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THOMAS SPITZER, Individually and on Behalf of All Others Similarly Situated, | Case No. 2:23-cv-08659-HDV (MARx) |
| Plaintiff, | <u>CLASS ACTION</u> |
| v. | **SUPPLEMENTAL DECLARATION OF JONATHAN STERN ON BEHALF OF THE ROSEN LAW FIRM, P.A. CONCERNING EXPENSES** |
| ROBERT C. FLEXON, DARREN R. JAMISON, JOHN J. JURIC, SCOTT W. ROBINSON, and FREDERICK S. HENCKEN III, | |
| Defendants. | |

I, JONATHAN STERN, declare as follows:

1.      I, Jonathan Stern, am an attorney admitted to practice *pro hac vice* in this Court and a Partner at The Rosen Law Firm, P.A. ("Rosen"), Co-Lead Counsel along with Pomerantz LLP ("Pomerantz"), for Lead Plaintiff Michael Denisevich and Plaintiff Kevin Rudisill (collectively, "Plaintiffs") and the proposed class,[1] in the above-captioned action (the "Action"). I have personal knowledge of the matters set forth herein and, if called upon, I could and would competently testify thereto.

2.      In light of the Court's Order Granting Joint Request for Leave for Counsel to Appear Remotely at the Final Approval Hearing (Dkt. No. 76), I respectfully submit this Supplemental Declaration to update Rosen's "Travel & Lodging" expenses as reflected in the Declaration of Jonathan Stern on Behalf of The Rosen Law Firm, P.A. Concerning Attorneys' Fees and Expenses (Dkt. No. 70-3, ¶7).

3.      I purchased refundable airline tickets in connection with the Final Approval Hearing ("Hearing"). Additionally, I will no longer be charged hotel lodging accommodations for the Hearing. Given that I will now be attending the Hearing remotely, the table below has been revised to reflect Rosen's updated "Travel & Lodging" expenses.

4.      Rosen spent $16,388.65 on out-of-pocket expenses for which it has not been reimbursed prosecuting this Action, broken down as follows:

| CATEGORY | AMOUNT |
|---|---|
| Clerk Filing Fees | $500.00 |
| Expert Fees | $1,443.75 |

---

[1]All capitalized terms used herein have the meanings set forth and defined in the Stipulation and Agreement of Settlement, dated April 4, 2025 (the "Stipulation"). Dkt. No. 61-1.

1

SUPPLEMENTAL DECLARATION OF JONATHAN STERN ON BEHALF OF THE ROSEN LAW FIRM, P.A. CONCERNING EXPENSES, 2:23-cv-08659-HDV (MARx)

| | |
|---|---|
| Meals Expenses | $69.03 |
| Press Releases and Newswires | $10,779.00 |
| Computer Research | $1,366.76 |
| Travel & Lodging | $2,230.11 |
| **TOTAL EXPENSES** | **$16,388.65** |

8.    Rosen's books and records reflect in detail the expenses I summarize above. Rosen prepares these books and records in the normal course of business from expense vouchers, check records, and financial statements. To the best of my knowledge, these expenses are an accurate record of the expenses Rosen incurred in the prosecution of this Action.

9.    The revised total expenses for both Pomerantz and Rosen are $46,873.20 and $16,388.65, respectively, for a total of $63,261.85.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: November 11, 2025                              Respectfully submitted,

                                                                                    */s/ Jonathan Stern*
                                                                                     Jonathan Stern

2

SUPPLEMENTAL DECLARATION OF JONATHAN STERN ON BEHALF OF THE ROSEN
LAW FIRM, P.A. CONCERNING EXPENSES, 2:23-cv-08659-HDV (MARx)

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on November 11, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

*/s/ Brenda Szydlo*
Brenda Szydlo

SUPPLEMENTAL DECLARATION OF JONATHAN STERN ON BEHALF OF THE ROSEN LAW FIRM, P.A. CONCERNING EXPENSES, 2:23-cv-08659-HDV (MARX)